IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01196-AP

Marla Vallejo,

    Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,
    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

        <u>For Plaintiff</u>:

        Rachael A. Lundy
        Attorney
        402 W. 12th Street
        Pueblo, CO 81003
        (719) 543-8636
        (719) 543-8403 (facsimile)
        seckarlaw@mindspring.com

        <u>For Defendant</u>:

        John F. Walsh
        United States Attorney

        J. Benedict García
        Assistant United States Attorney
        United States Attorney's Office
        District of Colorado
        J.B.Garcia@usdoj.gov

        Alexess D. Rea
        Special Assistant United States Attorney
        1961 Stout, Suite 4169
        Denver, Colorado 80294-4003
        303-844-7101
        303-844-0770 (facsimile)
        Alexess.rea@ssa.gov

2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.  DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:** May 6, 2013

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** July 1, 2013

    **C.**    **Date Answer and Administrative Record Were Filed:** August 29, 2013

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that, to the best of their knowledge, the record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate any additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not appear to raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties are not aware of any other matters.

**8. BRIEFING SCHEDULE**

       A.    **Plaintiff's Opening Brief Due:** October 28, 2013
       B.    **Defendant's Response Brief Due**: November 29, 2013
       C.    **Plaintiff's Reply Brief (If Any) Due:** December 13, 2013

**9. STATEMENTS REGARDING ORAL ARGUMENT**

       A.    **Plaintiff's Statement:**  Plaintiff does not request oral argument.

       B.    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice*.

       A.    (   ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

       B.    ( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

DATED this 18th day of September, 2013.

BY THE COURT:

***s/John L. Kane***
U.S. DISTRICT COURT JUDGE

APPROVED:

John F. Walsh
United States Attorney

s/Rachael A. Lundy
Rachael A. Lundy
Attorney
402 W. 12th Street 81003
Pueblo, CO 81003
(719) 543-8636
(719) 843-8403 (facsimile)
seckarlaw@mindspring.com

Attorney for Plaintiff

**By:** s/ *Alexess D. Rea*
Alexess D. Rea
Special Assistant U.S. Attorney
1961 Stout St., Suite 4169
Denver, CO 80294-4003
(303) 844-7101
(303) 844-0770 (facsimile)
alexess.rea@ssa.gov

Attorneys for Defendant