IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01196-AP

Marla Vallejo,

      Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,
      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Rachael A. Lundy
Attorney
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
(719) 543-8403 (facsimile)
seckarlaw@mindspring.com

For Defendant:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney
1961 Stout, Suite 4169
Denver, Colorado 80294-4003
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

A.     **Date Complaint Was Filed:** May 6, 2013

B.     **Date Complaint  Was Served on U.S. Attorney's Office:** July 1, 2013

C.     **Date Answer and Administrative Record Were Filed:** August 29, 2013

## 4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that, to the best of their knowledge, the record is complete and accurate.

## 5.   STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate any additional evidence.

## 6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case does not appear to raise unusual claims or defenses.

## 7.   OTHER MATTERS

The parties are not aware of any other matters.

## 8.   BRIEFING SCHEDULE

A.   **Plaintiff's Opening Brief Due:** October 28, 2013
B.   **Defendant's Response Brief Due**: November 29, 2013
C.   **Plaintiff's Reply Brief (If Any) Due:** December 13, 2013

## 9.   STATEMENTS REGARDING ORAL ARGUMENT

A.   **Plaintiff's Statement:**  Plaintiff does not request oral argument.

B.   **Defendant's Statement:** Defendant does not request oral argument.

## 10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

A.   **(   )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.   **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

DATED this 18th day of September, 2013.

BY THE COURT:

***s/John L. Kane***
U.S. DISTRICT COURT JUDGE

APPROVED:

John F. Walsh
United States Attorney

s/Rachael A. Lundy                              **By:** s/ *Alexess D. Rea*
Rachael A. Lundy                                 Alexess D. Rea
Attorney                                               Special Assistant U.S. Attorney
402 W. 12th Street 81003                    1961 Stout St., Suite 4169
Pueblo, CO 81003                               Denver, CO 80294-4003
(719) 543-8636                                    (303) 844-7101
(719) 843-8403 (facsimile)                  (303) 844-0770 (facsimile)
seckarlaw@mindspring.com               alexess.rea@ssa.gov

Attorney for Plaintiff                            Attorneys for Defendant